UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:                                          CASE NO.: 19-10469-AJC
                                                CHAPTER: 13

Seyed Masoud Moghani
*aka* Masoud Moghani,

         Debtor.
_____/

## WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-FR3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FR3 RESPONSE TO DEBTOR'S EMERGENCY MOTION TO VACATE ORDERS AND REINSTATE THE AUTOMATIC STAY PURSUANT TO §362(d)(4)(B) (DOC. NO. 50)

COMES NOW, Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, its successors and/or assigns, a Secured Creditor in the above-styled proceeding, by and through its undersigned counsel and files this Response to Debtor's Emergency Motion to Vacate Orders and Reinstate the Automatic Stay Pursuant to §362(d)(4)(B) (Doc. No. 50) and as grounds therefore would state:

1. This case was commenced by the filing of a voluntary Chapter 13 Petition on January 14, 2019.

2. Secured Creditor holds a first mortgage lien against real property of the Debtor located at 9513 SW 125th Terrace, Miami, Florida 33176 (the "Property").

3. On October 28, 2013, the Circuit Court of the Eleventh Judicial Circuit entered a Consent Final Judgment of Foreclosure in favor of Secured Creditor in the amount of $1,415,955.68. A true and correct copy of the Consent Final Judgment is attached hereto as Exhibit "A".

4. The current estimated arrears are in the amount of $1,240,854.24, an estimated total debt of $2,082,398.79 and the on-going regular payment is in the amount of $7,634.44.

5.  This is the seventh bankruptcy case filed by the Debtor and/or his non-filing spouse, Gabriele Moghani, that have coincided with scheduled foreclosure sales on the Property in an attempt to hinder, delay and defraud Secured Creditor's attempts to obtain marketable title. [1]

6.  There is a foreclosure sale date scheduled for June 25, 2019. Attached hereto as Exhibit "B" is a copy of the state court order.

7.  On June 22, 2018, this Court entered an Order Granting Motion for In Rem Relief from Automatic Stay and Co-Debtor Stay and Request for an Order Granting Two Years Prospective Relief Under 11 USC §362(d)(4)(B) (D.E. 37) in the Debtor's wife previous bankruptcy filing under case number: 18-12048-AJC. A copy of the Order is attached as Exhibit "C". The Debtor never moved to reconsider this Court's Order and Debtor's case was subsequently dismissed on June 22, 2018 and terminated on September 24, 2018.

8.  Debtor filed the instant bankruptcy on the eve of the lawfully scheduled foreclosure schedule and the sale scheduled for January 15, 2019 was canceled. Attached hereto as Exhibit "D" is a copy of the Notice of Bankruptcy Case Filing filed in the state court case which stopped the sale.

9.  On March 6, 2019, Secured Creditor filed a Motion for Order Confirming that the Automatic Stay is not in Effect ("Motion) (D.E. 23) pursuant to the prospective stay relief order entered in debtor's wife's previous case, 18-12048-AJC.

---

[1]    The Debtor has filed the following bankruptcy cases:

1.  14-14302-LMI Chapter 13 Case filed on February 13, 2014 and dismissed on July 11, 2014. Foreclosure sale scheduled for February 18, 2014.
2.  15-32095-AJC Chapter 13 Case filed on December 28, 2015 and dismissed on February 22, 2016. Foreclosure sale scheduled for January 4, 2016.
3.  16-25795-LMI Chapter 13 Case filed on November 28, 2016 and dismissed on December 22, 2017. Foreclosure sale scheduled for November 28, 2016.
    The Debtor's Wife Gabriele Kieren Moghani has filed the following bankruptcy cases:
1.  15-10367-RAM Chapter 13 case filed on January 8, 2015 and dismissed on March 16, 2015. Foreclosure sale scheduled for February 28, 2015.
2.  16-18389-AJC, Chapter 13 case filed on June 13, 2016 and dismissed on August 26, 2016. Foreclosure sale scheduled for June 16, 2016.
3.  18-12048-AJC, Chapter 13 case filed on February 23, 2018 and dismissed on June 22, 2018. Foreclosure sale scheduled for February 28, 2018.

10. Secured Creditor's Motion was granted on April 1, 2019 (D.E. 32).

11. On May 16, 2019, Debtor filed an Emergency Motion to Vacate Orders and Reinstate the Automatic Stay pursuant to §362(d)(4)(B).

12. Debtor's Motion requests an extension of the automatic stay to allow the Debtors to participate in the mortgage modification mediation ("MMM") program. Debtor's Motion further proffers that as the Debtors have filed their past bankruptcies pro-se they were unaware of the consequences of their actions.

13. Secured Creditor reiterates that this is the seventh bankruptcy filing of the Debtor and/or of his non-filing spouse, Gabriele Moghani. The Debtor and Co-Debtor have engaged in a "tag-team" scheme to stop seven foreclosure sales since 2014.

14. In the Debtor's fifth bankruptcy case filed on November 28, 2016, 16-25795-LMI, the Debtor was represented by counsel and Debtor participated in this court's mortgage modification mediation ("MMM") program. A Final Report of Mediator was filed on March 14, 2017 at D.E. 62 reflecting no agreement was reached. While the Debtor filed a Motion to Allow second mediation which was granted, the case was dismissed on December 22, 2017. A copy of the PACER docket is attached hereto as Exhibit "E".

15. Debtor's Motion states that the Debtor has never been offered a modification on his home. In fact, Debtor was offered two trial modifications in 2017. The first trial modification offer in February, 2017 provided for trial modification payments in the amount of $6,869.21. Attached hereto as Exhibit "F" is a copy of the trial modification. The second trial modification offer in May, 2017 provided for trial modification payments in the amount of $6,823.23. Attached hereto as Exhibit "G" is a copy of the trial modification. Debtor did not accept the trial modifications.

16. Further, Debtor's Schedule I reflects income in the amount of $5,062.00 comprised of $1,000.00 of Debtor's employment as an Uber Driver and $6,004.00 derived from Debtor's non-filing spouse's income. The source of income for the non-filing spouse is not disclosed. Debtor's disposable income is in the amount of $1,009.00. Debtor's gross income alone does not cover the regular on-going payment in addition to the Debtor's other monthly expenses.

17. Given the high loan balance, debtor's low income and the Creditor not being adequately protected with the Debtor's MMM payments, Debtor's mortgage modification request would be futile and further delay Creditor's state court rights to foreclose on the Property.

18. Secured Creditor requests this Honorable Court deny Debtor's Motion as the conduct of the Debtor and Co-Debtor falls squarely within the parameters of to §362(d)(4)(B).

Dated: May 29, 2019                    Respectfully submitted,


                                       /s/ Kenia Molina
                                       Kenia Molina, Esq.
                                       Florida Bar No: 85156
                                       Frenkel Lambert Weiss Weisman & Gordon, LLP
                                       Attorneys for Secured Creditor
                                       One East Broward Boulevard, Suite 1430
                                       Fort Lauderdale, FL 33301
                                       Phone: (954) 522-3233
                                       Fax: (954) 200-7770
                                       KMolina@flwlaw.com

**I HEREBY CERTIFY** that a true copy of the foregoing Response to Debtor's Emergency Motion to Vacate has been served via electronic transmission (CM/ECF) to the U.S. Trustee, and all Counsels of record and/or United States first class mail postage prepaid to the Attached Mailing List this 29th day of May, 2019.

**Attorney for Debtor**
**Christian S. Diaz , Esq.**
9370 SW 72nd Street
A110
Miami, FL 33173

**Debtor**
**Seyed Moghani**
9513 S.W. 125 Terrace
Miami, FL 33176

**Trustee**
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027

**U.S. Trustee**
**Office of the US Trustee**
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130

FRENKEL LAMBERT WEISS WEISMAN &
GORDON, LLP
Attorneys for Secured Creditor
One East Broward Boulevard, Suite 1430
Fort Lauderdale, FL  33301
Phone: 954-522-3233 x1639
Fax: 954-200-7770
Email: KMolina@flwlaw.com

/s/ Kenia Molina_____
Kenia Molina, Esq.
Florida Bar No. 85156

# EXHIBIT A

4
FJUD+TEXT
1 - 4

#1,415,955.68

®

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO. 13-2009-CA-051814

**WELLS FARGO BANK, N. A., AS
TRUSTEE UNDER POOLING AND
SERVICING AGREEMENT DATED AS
OF JULY 1, 2006 SECURITIZED ASSET
BACKED RECEIVABLES LLC TRUST
2006-FR3 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-FR3,**
Plaintiff(s),

vs.

**GABRIELE MOGHANI; THE
UNKNOWN SPOUSE OF GABRIELE
MOGHANI; SEYED MOGHANI; THE
UNKNOWN SPOUSE OF SEYED
MOGHANI; ASSOCIATION OF
HOMEOWNERS AT OAK RIDGE
ESTATES II, INC.; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC., ACTING SOLELY AS
NOMINEE FOR AMPRO MORTGAGE,
A DIVISION OF UNITED FINANCIAL
MORTGAGE CORP., AN ILLINOIS
CORPORATION; ANY AND ALL
UNKNOWN PARTIES CLAIMING BY,
THROUGH, UNDER, AND AGAINST
THE HEREIN NAMED INDIVIDUAL
DEFENDANT(S) WHO ARE NOT
KNOWN TO BE DEAD OR ALIVE,
WHETHER SAID UNKNOWN PARTIES
MAY CLAIM AN INTEREST AS
SPOUSES, HEIRS, DEVISEES,
GRANTEES, OR OTHER CLAIMANTS;
TENANT #1, TENANT #2, TENANT #3,
and TENANT #4, the names being
fictitious to account for parties in
possession,**
Defendant(s)

FILED FOR RECORD
2013 OCT 18  PM 4: 02
CLERK
CIRCUIT & COUNTY COURTS
MIAMI-DADE COUNTY, FLA
CIVIL #5

2
-
18
-
14

FORECLOSURE

Consent  FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court at trial on October 18, 2013. On the evidence presented,
**IT IS ORDERED AND ADJUDGED** that Final Judgment in favor of the Plaintiff is **GRANTED.** Service of
process has been duly and regularly obtained over Defendants: **Gabriele Moghani; Seyed Moghani;
Association of Homeowners at Oak Ridge Estates II, Inc.; Mortgage Electronic Registration
Systems, Inc., acting solely as nominee for Ampro Mortgage, a Division of United Financial
Mortgage Corp., an Illinois Corporation.**

1.      **Amounts Due and Owing.** Plaintiff is due:

| | | |
|---|---|---|
| Principal due on the note secured but the mortgage foreclosed: | | $922,040.63 |
| Interest on the note and mortgage from January 1, 2008 to October 18, 2013 | | $385,233.47 |
| Interest to date of this judgment | | |
| Title search expenses | | $325.00 |
| Taxes for the year(s) of 2012 | | $29,854.06 |
| Insurance Premiums for the year(s) of 2011-2013 | | $61,898.26 |
| 2011 $20,413.23 | | |
| 2012 $20,464.09 | | |
| 2013 $20,990.94 | | |
| Attorney's Fees | | |
|     Finding as to reasonable number of hours | 8 | |
|     Finding as to reasonable hourly rate | $162.50 | |
| Other*:_____ | | |
| | | |
|     Attorney's fees total: | | $1,300.00 |

(*The requested attorney's fee is a flat rate fee that the firm's
client has agreed to pay in this matter. Given the amount of the fee
requested and the labor expended, the Court
finds that a lodestar analysis is not necessary and that the flat fee is
reasonable.)

Court Costs, Now Taxed:

| | |
|---|---|
| Filing Fee | $1,997.50 |
| Service of Process | $445.00 |
| **SUBTOTAL** | $1,403,093.92 |

**Additional Costs:**

| | |
|---|---|
| Pre-Accelerated Late Charges | $7,430.76 |
| Property Inspections | $ 189.00 |
| BPO/Appraisal | $ 942.00 |
| Property Preservation | $4,300.00 |
| SUBTOTAL | $1,415,955.68 |
| **GRAND TOTAL** | **$1,415,955.68** |

2.   **Interest.** The grand total amount referenced in Paragraph 1 shall bear interest from this date forward at the prevailing legal rate of interest 4.75 % a year.

3.   **Lien on Property.** Plaintiff, Ocwen Loan Servicing, LLC, whose address is 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 holds a lien for the grand total sum superior to all claims or estates of the defendant(s). on the following described property in MIAMI-DADE County, Florida:

**LOT 12, IN BLOCK 2, OF OAK RIDGE FALLS, ACCORDING TO THE PLAT**

**THEREOF, AS RECORDED IN PLAT BOOK 148, AT PAGE 34, OF THE PUBLIC**

**RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

**Property address: 9513 SOUTHWEST 125TH TERRACE, MIAMI, FL 33176**

4.        **Sale of property.** If the grand total amount with interest at the rate described in
Paragraph 2 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court
shall sell the subject property at public sale on __**FEB 18 2014**_____, 201__, at 9:00
A.M. to the highest bidder for cash after having first given notice as required by Section 45.031,
Florida Statutes. The subject property shall be sold by electronic sale at:
www.miamidade.realforeclose.com.

5.        **Costs.** Plaintiff shall advance all subsequent costs of this action and shall be reimbursed
for them by the Clerk if Plaintiff is not the purchaser of the property for sale, provided, however,
that the purchaser of the property for sale shall be responsible for documentary stamps affixed to
the certificate of title.  If plaintiff is the purchaser, the Clerk shall credit plaintiff's bid with the
total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is
necessary to pay the bid in full.

6.        **Distribution of Proceeds.** On filing the Certificate of Title, the Clerk shall distribute the
proceeds of the sale, so far as they are sufficient, by paying: first, all of the plaintiff's costs;
second, documentary stamps affixed to the Certificate; third, plaintiff's attorneys' fees; fourth, the
total sum due to the plaintiff, les the items paid, plus interest at the rate prescribed in paragraph 2
from this date to the date of the sale; and by retaining any remaining amount pending the further
order of this Court.

7.        **Right of Possession.** Upon filing of the Certificate of Sale, defendants(s) and all persons
claiming under or against defendant(s) since the filing of the Notice of Lis Pendens shall be
foreclosed of all estate or claim in the property, except as to claims or rights under Chapter 718 or
Chapter 720, Fla. Stat, if any.  Upon filing of the Certificate of Title, the person named on the
Certificate of Sale shall be let into possession of the property, subject to the provisions of the
Protecting Tenants at Foreclosure Act of 2009.

8.        **Jurisdiction.** The Court retains jurisdiction of this action to enter further orders that are
proper, including, without limitation, a deficiency judgment.
**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY
FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM
THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING
AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY
(60) DAYS AFTER THE SALE.  IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE
ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU
ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU
DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO
CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK
OF THE COURT, 140 WEST FLAGLER STREET, ROOM 908, MIAMI, FL (TELEPHONE : (305)
375-5943), WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL
MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF
THE COURT.**

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE
ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE
REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT
RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU
UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING
YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER**

INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT THE LEGAL AID SOCIETY AT THE DADE COUNTY BAR ASSOCIATION, 123 NW 1ST AVENUE, SUITE 214, MIAMI, FL 33128 (TELEPHONE: (305)-579-5733), TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS, IF YOU CHOOSE TO CONTACT THE DADE COUNTY BAR ASSOCIATION LEGAL AID SOCIETY; YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

   **DONE AND ORDERED** in Chambers in Miami Dade County, Florida, this _____ day of
_____, 201__.

EUGENE J. FIERRO
SENIOR JUDGE

_____
Circuit Judge

OCT 1 8 2013

MAH-09-21490
CASE NO. 13-2009-CA-051814
Copies furnished to:
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
eService: servealaw@albertellilaw.com

Gabriele Moghani
c/o William L. Rogers, Esq.
Barrett, Rogers & Associates, LLC
2875 NE 191 St, Penthouse #4
Aventura, FL 33180
E-Serve 1: wlrogerslawfirm@yahoo.com

Seyed Moghani
9513 Southwest 125th Terrace
Miami, FL 33176

Association of Homeowners at Oak Ridge Estates II, Inc.
c/o Michael E. Rehr, Esq.
Law Office of Michael E. Rehr, P.A.
9500 S. Dadeland Boulevard, Suite 550
Miami, FL 33156
E-Serve 1: mrehr@rehrlaw.com

Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Ampro Mortgage, a Division of United Financial Mortgage Corp., an Illinois Corporation
c/o Registered Agent
Electronic Data Systems Corporation
3300 SW 34th Avenue, Suite 101
Ocala, FL 34474

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER
THE COURT DISMISSES THIS CASE AGAINST
ANY PARTY NOT LISTED IN THIS FINAL ORDER
OR PREVIOUS ORDER(S). THIS CASE IS CLOSED
AS TO ALL PARTIES.
Judge's Initials

COPY HAND DELIVERED
TO PLTF'S ATTY
IN LIEU OF MAILING

# EXHIBIT B

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL DIVISION
**CASE NO: 2009 051814 CA 09**

WELLS FARGO BANK, N.A., AS TRUSTEE UNDER POOLING AND SERVICING
AGREEMENT DATED AS OF JULY 1, 2006, SECURITIZED ASSET BACKED
RECEIVABLES LLC TRUST 2006-FR3 MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2006-FR3,

        Plaintiff,

vs.

GABRIELE MOGHANI; THE UNKNOWN SPOUSE OF GANRIELE MOGHANI; SEYED
MOGHANI; THE UNKNOWN SPOUSE OF SEYED MOGHANI; ASSOCIATION OF
HOMEOWNERS AT OAK RIDGE ESTATES II, INC.; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., ACTING SOLELY AS NOMINEE FOR AMPRO
MORTGAGE, A DIVISION OF UNITED FINANCIAL MORTGAGE CORP., AN ILLINOIS
CORPORATION; ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH,
UNDER, AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO
ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES
MAY CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER
CLAIMANTS; TENANT #1, TENANT #2, TENANT #3, and TENANT #4 the names being
fictitious to account for parties in possession,

        Defendant(s).

## ORDER ON PLAINTIFF'S MOTION TO RESCHEDULE THE FORECLOSURE SALE DATE

**THIS CAUSE,** having come before the Court upon Plaintiff's Motion to Reschedule the
Foreclosure Sale Date, and the Court being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1.    Plaintiff's Motion to Reschedule the Foreclosure Sale Date is hereby **GRANTED.**

2.    The Foreclosure Sale Date is rescheduled for ____6/25/19____ at 9:00 AM at Miami-
Dade County's Public Auction website: **www.miamidade.realforeclose.com,** in accordance
with Chapter 45, Florida Statutes.

    **DONE AND ORDERED** in Chambers at MIAMI-DADE COUNTY, Florida, this ____ day of
_____, 2019.

CONFORMED COPY

_____
Circuit Court Judge    **MAY 2 1 2019**

*Copies to ALL Parties on attached Service List:*

PEDRO P. ECHARTE, JR.
CIRCUIT COURT JUDGE

04-084577-F00

**SERVICE LIST**
**Miami-Dade County Case Number: 2009 051814 CA 09**

Frenkel Lambert Weiss Weisman & Gordon LLP
One East Broward Boulevard, Suite 1430
Fort Lauderdale, FL 33301
*fleservice@flwlaw.com*

William L. Rogers, Esq., c/o BARRETT, ROGERS & ASSOCIATES, LLC
*Attorney for* GABRIELE MOGHANI
2875 NE 191 St, Penthouse # 4
Aventura, FL 33180
wlrogerslawfirm@yahoo.com

Christian S. Diaz, Esq. c/o ALIZNZA LAW FIRM, P.L.
*Attorney for* GABRIELE MOGHANI & SEYED MOGHANI
2100 Coral Way, Suite 404
Miami, FL 33145
christiandiaz@alianzalawfirm.com

Michael E. Rehr, Esq.
*Attorney for* ASSOCIATION OF HOMEOWNERS AT OAK RIDGE ESTATES II, INC.
9500 S Dadeland Blvd, Suite 550
Miami, FL 33156
mrehr@rehrlaw.com

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ACTING SOLELY AS
NOMINEE FOR AMPRO MORTGAGE, A DIVISION OF UNITED FINANCIAL
MORTGAGE CORP. AN ILLINOIS CORPORATION, c/o CT Corporation, Registered Agent
1200 S Pine Island Rd
Plantation, FL 33324

UNKNOWN TENANT(S)
9513 SW 125th Terrace
Miami, FL 33176

ALBERTELLI LAW
P. O. Box 23028
Tampa, FL 33623
servealaw@albertellilaw.com

04-084577-F00

# EXHIBIT C



ORDERED in the Southern District of Florida on June 21, 2018.

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:                                          CASE NO.: 18-12048-AJC
                                                CHAPTER: 13
Gabriele Kieren Moghani,

          Debtor.
_____/

### ORDER GRANTING MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY; AND REQUEST FOR AN ORDER GRANTING TWO YEARS PROSPECTIVE RELIEF UNDER 11 USC §362(d)(4)(B)

THIS CASE came before the court on June 19, 2018 at 9:00 a.m., upon the Motion for In Rem Relief from Automatic Stay and Co-Debtor Stay and Request for an Order Granting Two Years Prospective Relief under 11 USC §362(d)(4)(B) (D.E. 32) filed by Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, and the Court, having reviewed the Motion and the file, for the reasons stated on the record, and being otherwise duly advised in the premises, it is ORDERED:

1.  The Motion is Granted.

2. The automatic stay arising by reason of 11 USC §362 is modified as to Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR3 Mortgage Pass-Through Certificates, Series 2006-FR3, its successors and assigns to permit the Movant to prosecute an *in rem* mortgage foreclosure action in state court against the real property legally described as

   LOT 12, IN BLOCK 2, OF OAK RIDGE FALLS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 148, AT PAGE 34, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

   Property Address: 9513 S.W. 125th Terrace, Miami, Florida 33176 (the "Property").

3. This Order shall be binding in any other case purporting to affect the real Property as described above for two years after the date of entry of this Order.

4. The Debtor, Gabriele Kieren Moghani, and Co-Debtor, Seyed Moghani aka Seyed Masoud Moghani, are barred from filing any bankruptcy case in any federal bankruptcy court in the United States of America for two years after the date of entry of this Order.

5. Secured Creditor's request to waive the fourteen (14) day stay set forth in Bankruptcy Rule 4001(a)(3) is granted.

###

Prepared by:    FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
                ATTN: Kenia Molina
                One East Broward Boulevard, Suite 1430
                Ft. Lauderdale, FL 33301

Kenia Molina, Esq, is directed to furnish a
conformed copy of this Order immediately
upon receipt of same and file certificate of service with the Court.

# EXHIBIT D

CM/ECF LIVE - U.S. Bankruptcy Court:flsb                    https://ecf.flsb.circ11.dcn/cgi-bin/NoticeOfFiling.pl?74289

2009-051814_CA_01

United States Bankruptcy Court
Southern District of Florida

### Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed
below was filed under Chapter 13 of the United States
Bankruptcy Code, entered on 01/14/2019 at 09:06 AM
and filed on 01/14/2019.

**Seyed Masoud Moghani**
9513 SW 125 Terr
Miami, FL 33176
SSN / ITIN: ▮▮▮▮▮
*aka* **Masoud Mognani**

The bankruptcy trustee is:

**Nancy K. Neidich**
www.ch13miami.com
POB 279806
Miramar, FL 33027
954-443-4402

The case was assigned case number 19-10469-AJC to Judge A. Jay Cristol.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions
against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30
days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt
to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a
lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are
available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

                                              **Joseph Falzone**
                                              **Clerk, U.S. Bankruptcy**
                                              **Court**

# EXHIBIT E

CLOSED, DISMISSED, Repeat

# U.S. Bankruptcy Court
## Southern District of Florida (Miami)
### Bankruptcy Petition #: 16-25795-LMI

|  |  |
|---|---|
|  | *Date filed:* 11/28/2016 |
| *Assigned to:* Laurel M Isicoff | *Date terminated:* 01/22/2018 |
| Chapter 13 | *Debtor dismissed:* 12/22/2017 |
| Voluntary | *Plan confirmed:* 07/24/2017 |
| Asset | *341 meeting:* 01/05/2017 |

*Debtor disposition:* Dismissed for failure to make
plan payments

| | |
|---|---|
| ***Debtor*** | represented by **Arturo R Alfonso** |
| **Seyed Masoud Moghani** | 7821 Coral Way #125 |
| 9513 SW 125 Terr | Miami, FL 33155 |
| Miami, FL 33176 | (305) 266-9584 |
| MIAMI-DADE-FL | Email: aralawfirm@gmail.com |
| SSN / ITIN: xxx-xx-4520 | |
| *aka* **Masoud Moghani** | |
| *aka* **Maria S Moghani** | |
| *aka* **Seyed H Moghani** | |

***Trustee***
**Nancy K. Neidich**
www.ch13miami.com
POB 279806
Miramar, FL 33027
954-443-4402

***U.S. Trustee***
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 11/28/2016 | 🌏 1<br>(34 pgs) | Chapter 13 Voluntary Petition . [Fee Amount $310] (Alfonso, Arturo) (Entered: 11/28/2016) |
| 11/28/2016 | 🌏 | Receipt of Voluntary Petition (Chapter 13)(16-25795) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 28753169. Fee amount 310.00. (U.S. Treasury) (Entered: 11/28/2016) |

| 11/28/2016 | ❷ 2 <br> (1 pg) | Certification of Budget and Credit Counseling Course by Debtor Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 11/28/2016) |
|---|---|---|
| 11/28/2016 | ❷ 3 | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 11/28/2016) |
| 11/28/2016 | ❷ 4 <br> (3 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 11/28/2016) |
| 11/28/2016 | ❷ 5 <br> (8 pgs) | Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 11/28/2016) |
| 11/28/2016 | ❷ 6 <br> (1 pg) | Disclosure of Compensation by Attorney Arturo R Alfonso. (Alfonso, Arturo) (Entered: 11/28/2016) |
| 11/28/2016 | ❷ 7 <br> (2 pgs) | Payment Advices by Debtor Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 11/28/2016) |
| 11/29/2016 | ❷ | Clerk's Evidence of Repeat Filings for debtor MOGHANI, SEYED MASOUD Case Number 15-32095 , Chapter 13 filed in Florida Southern on 12/28/2015 was Closed on 06/22/2016 was Dismissed on 02/22/2016; Case Number 14-13402 , Chapter 13 filed in Florida Southern on 02/13/2014 was Closed on 02/09/2015 was Dismissed on 07/11/2014; Case Number 10-30902 , Chapter 13 filed in Florida Southern on 07/22/2010 was Closed on 09/17/2010 was Dismissed on 08/12/2010. (admin) (Entered: 11/29/2016) |
| 11/29/2016 | ❷ 8 <br> (1 pg) | Notice of Incomplete Filings Due. Chapter 13 Plan due by 12/12/2016. [Incomplete Filings due by 12/12/2016]. (Skinner-Grant, Sheila) (Entered: 11/29/2016) |
| 12/01/2016 | ❷ 9 <br> (8 pgs) | Trustee's Certificate of Service of Trustee's Notice of Required Documents (Neidich, Nancy) (Entered: 12/01/2016) |
| 12/01/2016 | ❷ 10 <br> (2 pgs) | BNC Certificate of Mailing (Re: 8 Notice of Incomplete Filings Due. Chapter 13 Plan due by 12/12/2016. [Incomplete Filings due by |

| | | |
|---|---|---|
| | | 12/12/2016].) Notice Date 12/01/2016. (Admin.) (Entered: 12/02/2016) |
| 12/02/2016 | 11 (2 pgs) | Chapter 13 Plan Filed by Debtor Seyed Masoud Moghani (Alfonso, Arturo) (Entered: 12/02/2016) |
| 12/02/2016 | 12 (2 pgs) | Motion to Waive Wage Deduction Order Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 12/02/2016) |
| 12/02/2016 | 13 (1 pg) | Notice of Hearing by Filer (Re: 12 Motion to Waive Wage Deduction Order Filed by Debtor Seyed Masoud Moghani.). Chapter 13 Hearing scheduled for 01/10/2017 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Alfonso, Arturo) (Entered: 12/02/2016) |
| 12/02/2016 | 14 (17 pgs) | Motion to Value and Determine Secured Status of Lien Of WEST COAST 2008-3 LLC on Real Property (Value of Collateral: $800,000.00) Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 12/02/2016) |
| 12/02/2016 | 15 (1 pg) | Notice of Hearing by Filer (Re: 14 Motion to Value and Determine Secured Status of Lien Of WEST COAST 2008-3 LLC on Real Property (Value of Collateral: $800,000.00) Filed by Debtor Seyed Masoud Moghani.). Chapter 13 Hearing scheduled for 01/10/2017 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Alfonso, Arturo) (Entered: 12/02/2016) |
| 12/02/2016 | 16 (4 pgs) | Motion to Value and Determine Secured Status of Lien Of ASN of Homeowners At Oak Ridge Est II on Real Property (Value of Collateral: $800,000.00) Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 12/02/2016) |
| 12/02/2016 | 17 (1 pg) | Notice of Hearing by Filer (Re: 16 Motion to Value and Determine Secured Status of Lien Of ASN of Homeowners At Oak Ridge Est II on Real Property (Value of Collateral: $800,000.00) Filed by Debtor Seyed Masoud Moghani.). Chapter 13 Hearing scheduled for 01/10/2017 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Alfonso, Arturo) (Entered: 12/02/2016) |

| Date | Doc | Description |
|---|---|---|
| 12/02/2016 | ●18 (1 pg) | Certificate of Service by Attorney Arturo R Alfonso (Re: 12 Motion to Waive Wage Deduction Order filed by Debtor Seyed Masoud Moghani, 13 Notice of Hearing by Filer filed by Debtor Seyed Masoud Moghani). (Alfonso, Arturo) (Entered: 12/02/2016) |
| 12/02/2016 | ●19 (1 pg) | Certificate of Service by Attorney Arturo R Alfonso (Re: 14 Motion to Value and Determine Secured Status of Lien Of WEST COAST 2008-3 LLC on Real Property (Value of Collateral: $800,000.00) filed by Debtor Seyed Masoud Moghani, 15 Notice of Hearing by Filer filed by Debtor Seyed Masoud Moghani). (Alfonso, Arturo) (Entered: 12/02/2016) |
| 12/02/2016 | ●20 (1 pg) | Certificate of Service by Attorney Arturo R Alfonso (Re: 16 Motion to Value and Determine Secured Status of Lien Of ASN of Homeowners At Oak Ridge Est II on Real Property (Value of Collateral: $800,000.00) filed by Debtor Seyed Masoud Moghani, 17 Notice of Hearing by Filer filed by Debtor Seyed Masoud Moghani). (Alfonso, Arturo) (Entered: 12/02/2016) |
| 12/05/2016 | ●21 (4 pgs; 2 docs) | Meeting of Creditors to be Held on 1/5/2017 at 01:30 PM at 51 SW First Ave Room 102, Miami. Proofs of Claim due by 4/5/2017. Last Day to Oppose Discharge or Dischargeability is 3/6/2017. Confirmation Hearing to be Held on 2/7/2017 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Objection to Confirmation Deadline: 1/24/2017. (Skinner-Grant, Sheila) (Entered: 12/05/2016) |
| 12/05/2016 | ●22 (2 pgs) | Request for Notice Filed by Creditor Wells Fargo Bank, National Association. (Amphone, Bouavone) (Entered: 12/05/2016) |
| 12/07/2016 | ●23 (3 pgs) | BNC Certificate of Mailing (Re: 21 Meeting of Creditors to be Held on 1/5/2017 at 01:30 PM at 51 SW First Ave Room 102, Miami. Proofs of Claim due by 4/5/2017. Last Day to Oppose Discharge or Dischargeability is 3/6/2017. Confirmation Hearing to be Held on 2/7/2017 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Objection to Confirmation Deadline: 1/24/2017.) Notice Date 12/07/2016. (Admin.) (Entered: 12/08/2016) |
| 12/07/2016 | ●24 (3 pgs) | BNC Certificate of Mailing - PDF Document (Re: 21 Meeting of Creditors to be Held on 1/5/2017 at |

| | | |
|---|---|---|
| | | 01:30 PM at 51 SW First Ave Room 102, Miami. Proofs of Claim due by 4/5/2017. Last Day to Oppose Discharge or Dischargeability is 3/6/2017. Confirmation Hearing to be Held on 2/7/2017 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Objection to Confirmation Deadline: 1/24/2017.) Notice Date 12/07/2016. (Admin.) (Entered: 12/08/2016) |
| 12/14/2016 | ◑25 (3 pgs) | Objection to Confirmation of (11 Chapter 13 Plan filed by Debtor Seyed Masoud Moghani) Filed by Creditor Wells Fargo Bank, National Association (Amphone, Bouavone) (Entered: 12/14/2016) |
| 12/27/2016 | ◑26 (1 pg) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 12/27/2016) |
| 01/03/2017 | ◑27 (11 pgs; 2 docs) | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,] Filed by Debtor Seyed Masoud Moghani. (Attachments: # 1 Local Form 4) (Alfonso, Arturo) (Entered: 01/03/2017) |
| 01/04/2017 | ◑28 | Notice to Filer of Apparent Filing Deficiency: **Document filed was not signed and/or was not accompanied by the Declaration Concerning Schedules. THE FILER IS DIRECTED TO FILE AN AMENDED **DOCUMENT** WITHIN FIVE BUSINESS DAYS. FAILURE TO COMPLY WILL RESULT IN AN ORDER STRIKING DOCUMENT(S).** (Re: 27 Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,] Filed by Debtor Seyed Masoud Moghani. (Attachments: # 1 Local Form 4)) (Skinner-Grant, Sheila) (Entered: 01/04/2017) |
| 01/05/2017 | ◑29 (1 pg) | Declaration Concerning Schedules Conforming to Official Bankruptcy Form 106 or 202 Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo). Related document(s) 27 Schedules and Statements Filed filed by Debtor Seyed Masoud Moghani. Modified on 1/6/2017**To edit text** (Skinner-Grant, Sheila). (Entered: 01/05/2017) |
| 01/05/2017 | ◑30 (6 pgs) | *Ex Parte* Verified Motion for Referral to Mortgage Modification Mediation with Lender Wells Fargo Bank NA Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 01/05/2017) |

| | | |
|---|---|---|
| 01/05/2017 | ● 31<br>(2 pgs) | Third Party Consent to attend and Participate in MMM Filed by Debtor Seyed Masoud Moghani (Re: 30 *Ex Parte* Verified Motion for Referral to Mortgage Modification Mediation with Lender Wells Fargo Bank NA filed by Debtor Seyed Masoud Moghani). (Alfonso, Arturo) (Entered: 01/05/2017) |
| 01/05/2017 | ● 32<br>(2 pgs) | Amended Chapter 13 Plan (Re:11 Chapter 13 Plan filed by Debtor Seyed Masoud Moghani) Filed by Debtor Seyed Masoud Moghani (Alfonso, Arturo) (Entered: 01/05/2017) |
| 01/06/2017 | ● 33<br>(9 pgs) | Order Granting Verified Motion for Referral to Mortgage Modification(Re: # 30) (Skinner-Grant, Sheila) (Entered: 01/06/2017) |
| 01/06/2017 | ● 34<br>(1 pg) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 01/06/2017) |
| 01/06/2017 | ● 35<br>(2 pgs) | Notice of Filing , Filed by Debtor Seyed Masoud Moghani (Re: 16 Motion to Value and Determine Secured Status of Lien on Real Property, 17 Notice of Hearing by Filer). (Alfonso, Arturo) (Entered: 01/06/2017) |
| 01/08/2017 | ● 36<br>(10 pgs) | BNC Certificate of Mailing - PDF Document (Re: 33 Order Granting Verified Motion for Referral to Mortgage Modification(Re: 30)) Notice Date 01/08/2017. (Admin.) (Entered: 01/09/2017) |
| 01/10/2017 | ● 37<br>(4 pgs) | Renewed Motion to Value and Determine Secured Status of Lien Of Association of Homeowners At Oak Ridge Estates II, Inc on Real Property (Value of Collateral: $800,000.00) Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 01/10/2017) |
| 01/10/2017 | ● 38<br>(4 pgs) | **DUPLICATE OF DE #37**Renewed Motion to Value and Determine Secured Status of Lien Of Association of Homeowners At Oak Ridge Estates II, Inc on Real Property (Value of Collateral: $800,000.00) Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) Modified on 1/11/2017 (Skinner-Grant, Sheila). (Entered: 01/10/2017) |
| 01/10/2017 | ● 39<br>(1 pg) | Notice of Hearing by Filer (Re: 38 Renewed Motion to Value and Determine Secured Status of Lien Of Association of Homeowners At Oak Ridge |

|  |  |  |
|---|---|---|
|  |  | Estates II, Inc on Real Property (Value of Collateral: $800,000.00) Filed by Debtor Seyed Masoud Moghani.). Chapter 13 Hearing scheduled for 03/07/2017 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Alfonso, Arturo) (Entered: 01/10/2017) |
| 01/11/2017 | ◑ 40 (1 pg) | Certificate of Service by Attorney Arturo R Alfonso (Re: 37 Renewed Motion to Value and Determine Secured Status of Lien Of Association of Homeowners At Oak Ridge Estates II, Inc on Real Property (Value of Collateral: $800,000.00) filed by Debtor Seyed Masoud Moghani, 39 Notice of Hearing by Filer filed by Debtor Seyed Masoud Moghani). (Alfonso, Arturo) (Entered: 01/11/2017) |
| 01/11/2017 | ◑ 41 (1 pg) | Notice to Withdraw Document Filed by Debtor Seyed Masoud Moghani (Re: 38 Motion to Value and Determine Secured Status of Lien on Real Property). (Alfonso, Arturo) (Entered: 01/11/2017) |
| 01/12/2017 | ◑ 42 (2 pgs) | Order Granting Motion To Waive Wage Deduction Order (Re: # 12) (Catala, Nilda) (Entered: 01/12/2017) |
| 01/14/2017 | ◑ 43 (3 pgs) | BNC Certificate of Mailing - PDF Document (Re: 42 Order Granting Motion To Waive Wage Deduction Order (Re: 12)) Notice Date 01/14/2017. (Admin.) (Entered: 01/15/2017) |
| 01/16/2017 | ◑ 44 (8 pgs) | Amended Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 01/16/2017) |
| 01/16/2017 | ◑ 45 (2 pgs) | Second Amended Chapter 13 Plan (Re:11 Chapter 13 Plan filed by Debtor Seyed Masoud Moghani) Filed by Debtor Seyed Masoud Moghani (Alfonso, Arturo) (Entered: 01/16/2017) |
| 01/20/2017 | ◑ 46 (3 pgs) | Order Granting Motion To Value and Determine Secured Status of Lien on Real Property (Re: # 14) (Catala, Nilda) (Entered: 01/20/2017) |
| 01/22/2017 | ◑ 47 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 46 Order Granting Motion To Value and Determine Secured Status of Lien on Real Property (Re: 14)) Notice Date 01/22/2017. (Admin.) (Entered: 01/23/2017) |

| | | |
|---|---|---|
| 01/26/2017 | 🔘 48<br>(1 pg) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 01/26/2017) |
| 01/27/2017 | 🔘 49<br>(1 pg) | Notice of Filing *Proof of Service of Renewed Motion to Value {DE 37] and Notice of Hearing [DE 39]*, Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 01/27/2017) |
| 01/30/2017 | 🔘 50<br>(1 pg) | Notice of Requirement to File Financial Management Course Certificate (admin) (Entered: 01/30/2017) |
| 01/31/2017 | 🔘 51<br>(1 pg) | Certification of Completion of Instructional Course Concerning Personal Financial Management by Debtor ONLY Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 01/31/2017) |
| 02/01/2017 | 🔘 52<br>(2 pgs) | BNC Certificate of Mailing (Re: 50 Notice of Requirement to File Financial Management Course Certificate (admin)) Notice Date 02/01/2017. (Admin.) (Entered: 02/02/2017) |
| 02/08/2017 | 🔘 53<br>(2 pgs) | Notice to Withdraw Document Filed by Creditor Wells Fargo Bank, National Association (Re: 25 Objection to Confirmation of Plan). (Amphone, Bouavone) (Entered: 02/08/2017) |
| 02/14/2017 | 🔘 54<br>(2 pgs) | Order Continuing Confirmation Hearing and Making All Debtor Payments Non-Refundable (Re: 45 Amended Chapter 13 Plan filed by Debtor Seyed Masoud Moghani). Confirmation Hearing to be Held on 03/07/2017 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Skinner-Grant, Sheila) (Entered: 02/14/2017) |
| 02/16/2017 | 🔘 55<br>(3 pgs) | BNC Certificate of Mailing - PDF Document (Re: 54 Order Continuing Confirmation Hearing and Making All Debtor Payments Non-Refundable (Re: 45 Amended Chapter 13 Plan filed by Debtor Seyed Masoud Moghani). Confirmation Hearing to be Held on 03/07/2017 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128.) Notice Date 02/16/2017. (Admin.) (Entered: 02/17/2017) |
| 02/22/2017 | 🔘 56<br>(1 pg) | Request for Notice Filed by Creditor Miami Dade County Tax Collector (Windley). (Miami-Dade County Tax Collector (Windley)) (Entered: |

| | | |
|---|---|---|
| | | 02/22/2017 |
| 02/22/2017 | ● 57<br>(1 pg) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Carrington, Amy) (Entered: 02/22/2017) |
| 02/27/2017 | ● 58<br>(1 pg) | Request for Notice Filed by Creditor PRA Receivables Management, LLC. (PRA Receivables Management (VSmith)) (Entered: 02/27/2017) |
| 03/03/2017 | ● 59<br>(1 pg) | Notice of Hearing (Re: 37 Renewed Motion to Value and Determine Secured Status of Lien Of Association of Homeowners At Oak Ridge Estates II, Inc on Real Property (Value of Collateral: $800,000.00) Filed by Debtor Seyed Masoud Moghani.) Chapter 13 Hearing scheduled for 04/04/2017 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 03/03/2017) |
| 03/04/2017 | ● 60<br>(1 pg) | Certificate of Service by Attorney Arturo R Alfonso (Re: 59 Notice of Hearing). (Alfonso, Arturo) (Entered: 03/04/2017) |
| 03/09/2017 | ● 61<br>(2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Nancy K. Neidich (Re: 45 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 04/04/2017 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Neidich, Nancy) (Entered: 03/09/2017) |
| 03/14/2017 | ● 62<br>(1 pg) | Final Report of Loss Mitigation/Mortgage Modification Mediator [Agreement NOT Reached] Filed by Mediator Elizabeth F. Mccausland. (McCausland, Elizabeth) (Entered: 03/14/2017) |
| 03/22/2017 | ● 63<br>(1 pg) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Carrington, Amy) (Entered: 03/22/2017) |
| 03/30/2017 | ● 64<br>(2 pgs) | Third Amended Chapter 13 Plan (Re:45 Amended Chapter 13 Plan filed by Debtor Seyed Masoud Moghani) Filed by Debtor Seyed Masoud Moghani (Alfonso, Arturo) (Entered: 03/30/2017) |
| 04/03/2017 | ● 65<br>(1 pg) | Certificate of Service by Attorney Arturo R Alfonso (Re: 64 Amended Chapter 13 Plan filed by Debtor Seyed Masoud Moghani). (Alfonso, Arturo) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 04/03/2017) |
| 04/07/2017 | ◑66<br>(2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Nancy K. Neidich (Re: 64 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 05/02/2017 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Neidich, Nancy) (Entered: 04/07/2017) |
| 04/11/2017 | ◑67<br>(4 pgs) | Objection to Confirmation of (64 Amended Chapter 13 Plan filed by Debtor Seyed Masoud Moghani) Filed by Creditor Wells Fargo Bank, National Association (Amphone, Bouavone) (Entered: 04/11/2017) |
| 04/13/2017 | ◑68<br>(3 pgs) | Order Granting Motion To Value and Determine Secured Status of Lien on Real Property Held By Association of Homeowners At Oak Ridge Estates II, Inc (Re: # 37) (Skinner-Grant, Sheila) (Entered: 04/13/2017) |
| 04/19/2017 | ◑69<br>(1 pg) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Carrington, Amy) (Entered: 04/19/2017) |
| 05/04/2017 | ◑70<br>(2 pgs) | Motion to Allow Second Mortgage Modification Mediation Filed by Debtor Seyed Masoud Moghani. (Alfonso, Arturo) (Entered: 05/04/2017) |
| 05/09/2017 | ◑71<br>(6 pgs) | Order Specially Setting Evidentiary Hearing (Re: 70 Miscellaneous Motion filed by Debtor Seyed Masoud Moghani). Evidentiary Hearing scheduled for 06/08/2017 at 09:30 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Skinner-Grant, Sheila) (Entered: 05/09/2017) |
| 05/11/2017 | ◑72<br>(2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Nancy K. Neidich (Re: 64 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 06/06/2017 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Neidich, Nancy) (Entered: 05/11/2017) |
| 05/22/2017 | ◑73<br>(4 pgs) | Response to (70 Motion to Allow Second Mortgage Modification Mediation filed by Debtor Seyed Masoud Moghani) Filed by Creditor Wells Fargo Bank, National Association (Amphone, Bouavone) |

# EXHIBIT F

 **SPS** SELECT Portfolio SERVICING, inc.

February 9, 2017

 ARTURO R ALFONSO
ARTURO R ALFONSO ATT AT LAW
7821 CORAL WAY STE 125
MIAMI, FL 33155-6556

RE:    Account Number:
       Property Address:    9513 SW 125TH TER
                            MIAMI, FL 33176

Dear Customer(s):

You previously provided a complete Assistance Review Application and we are providing our response to that complete application. Because our records indicate that your lien may be subject to Bankruptcy, please read the following:

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, if you are approved for a trial modification, this approval is conditioned on obtaining approval from the Bankruptcy Court with jurisdiction over your account before a permanent modification can be offered. The Bankruptcy Court may decline the request for a permanent modification.

Please review the enclosed letter regarding our review of the account. You may contact SPS at 888-818-6032 to discuss the enclosures. SPS representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**





**SPS** SELECT
*Portfolio*
SERVICING, inc.

February 9, 2017

 GABRIELE MOGHANI
SEYED MOGHANI
9513 SW 125TH TER
MIAMI, FL 33176

Customer Name(s):      GABRIELE MOGHANI
                       SEYED MOGHANI
Account Number:        ▮▮▮▮▮▮▮▮
Property Address:      9513 SW 125TH TER
                       MIAMI, FL 33176

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, if you are approved for a trial modification, this approval is conditioned on obtaining approval from the Bankruptcy Court with jurisdiction over your account before a permanent modification can be offered. The Bankruptcy Court may decline the request for a permanent modification.

SPS has completed its review of your complete  Assistance Review Application. Based on the information you have provided, SPS has made a decision, outlined below. Thank you for completing your Assistance Review Application and submitting all required documentation. Please note that the decisions in this letter represent the evaluation of all home retention loss mitigation options available to you, ensuring you receive a fair and complete evaluation. Our reviews are conducted in accordance with applicable laws and investor eligibility rules. SPS is committed to a policy of nondiscrimination in all aspects of its servicing program.

**Loss Mitigation Program Decision**

Congratulations! You have qualified for and we are pleased to offer you a SPS Trial Modification. This program is intended to help you avoid foreclosure or other legal action. Attached you will find the terms and conditions of our approval along with instructions to accept the offer. It is important that you read it carefully and comply with the terms outlined in the agreement. If after reading through the terms and conditions of the offer you find that you are unable to meet the requirements, or you have further questions, please contact SPS.

**This offer must be accepted by March 1, 2017, or we will consider the offer rejected. Please note that if you do not accept this offer by the due date listed above, you may lose your opportunity to participate in these options now and in the future. Also note that your plan will be considered accepted if you make the first payment due according to the attached payment schedule.**

If there is any bankruptcy proceeding pending that includes the subject property, then you will need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, you may need Bankruptcy Court approval of any permanent modification of the account.

If you are currently eligible to receive principal reduction incentives for remaining current under a prior Home Affordable Modification, acceptance of this plan will discontinue accrued or future incentives.

**Non-Home Retention Options**

You may also be eligible for non-home retention options. Our approval of these non-home retention options is conditioned upon our receipt of information that may not be in your possession (e.g., appraisal or title search) that is necessary to establish the specifics of the offer. Depending on what the documents show, the specific option may not be available.

**Short Sale.** If you are interested in selling your property but owe more than your home is worth, a short sale may be an option. In a short sale, SPS allows you to sell the mortgaged property and pay off your mortgage account for an amount which is less than the outstanding balance, interest and fees. Approval for this option is conditioned upon receipt of required documentation, investor, and/or mortgage insurer approval, if required, and evaluation of the amount being presented for pay off of the outstanding lien. If you are interested in this option and have a current purchase offer on your home, please contact us immediately. If you are interested in selling your home, but need assistance in finding an experienced real estate agent to assist you, SPS can refer you to an agent in your area. Please contact one of our representatives at the number below for more information.

**Deed in Lieu of Foreclosure.** With a deed in lieu, you agree to transfer the title or ownership of your property to the owner or servicer of your mortgage in order to avoid foreclosure sale and satisfy all or a portion of the mortgage debt. The amount of debt satisfied by this transfer of ownership is based on the approved value of your home. In some cases, you may be responsible for a remaining balance of the mortgage debt over and above the approved value. This option is conditioned upon receipt of required documentation, investor and/or mortgage insurer approval, if required, and the ability to provide title to the property clear of all other liens.

As stated, these options have different requirements and guidelines, and not all accounts will qualify. Moreover, some of these options may offer financial assistance for your relocation. Please contact SPS for more detail.

**Regulatory Notice of Non-Approval**

Even though you are approved for a SPS Trial Modification, federal law requires us to disclose the programs for which you have been reviewed, but not approved, or are otherwise ineligible for review. SPS reviewed your complete Assistance Review Application for eligibility under its loss mitigation options, which are established through investor rules and are based on your individual circumstances. All program(s) below are the program(s) for which you were denied and the specific reason for non-approval. These denials are based on the criteria where your account did not pass the program eligibility requirements; we did not consider other criteria regarding ineligibility as part of our decision.

- **SPS Unemployment Program**

  **Not Currently Unemployed.**
  Our records indicate that you are not currently receiving unemployment income. Therefore, you are not eligible to be reviewed for this unemployment program.

- **Deferral Plan**

  **Alternate Option Offered.**
  We are unable to offer you this program because you were approved for another loss mitigation option based on investor and/or regulatory rules.

- **Repayment Plan**

  **Alternate Option Offered.**
  We are unable to offer you this program because you were approved for another loss mitigation option based on investor and/or regulatory rules.

## Right to Appeal

You have the right to appeal any non-approval by providing a written explanation of why you believe our determination was incorrect, along with all supporting evidence, within thirty (30) days of the date of this letter to:

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277
Relationship.Manager@SPServicing.com

You have thirty (30) calendar days from the date of this notice to contact SPS to discuss the reason for non-approval. **No foreclosure sale will be conducted and you will not lose your home** during this 30-day period or any longer period required for us to review supplemental material you may provide in response to this notice. If a foreclosure sale has already been scheduled we will instruct our attorney to file a motion to postpone such sale. It is possible however that a court will deny the motion and the sale will proceed.  If that happens we will be unable to provide loss mitigation.

## Notice of Error or Information Request

If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent in writing to the address listed below, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal law.

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277

## Contact Us

If you have any questions, your assigned Relationship Manager, Frieda Maluia, can be reached toll free at 800-258-8602 Ext. 36832 or by email at Relationship.Manager@SPServicing.com.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact our Loan Resolution Department. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like to speak with a HUD approved counselor, call the Homeowner's HOPE™ Hotline 888-995-HOPE (4673). The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552.

The status of your Bankruptcy may be reported to all credit reporting agencies in accordance with the Fair Credit Reporting Act. If your Bankruptcy is dismissed, or if your Bankruptcy is discharged and your loan is reaffirmed, your loan will be reported as paying under a partial payment plan during the Trial Period Plan, and as modified if you enter into a final modification agreement. Visit ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm for more information about your credit.

**Net Present Value (NPV) Results**

Below are the inputs used in the NPV calculation conducted during our review for the SPS Trial Modification loss mitigation option.

## NPV Data Input Field Values (SPS)

| Input Data Fields | Explanation | Value used in NPV calculation to determine the eligibility of your mortgage |
|---|---|---|
| **I. Customer Information** | | |
| **1. Current Customer Credit Score** | This field identifies your credit score as provided by one or more of the three national credit reporting agencies. | 557 |
| **2. Current Co-customer Credit Score** | If a co-customer is listed on the mortgage, this field identifies the co-customer's credit score as provided by one or more of the three national credit reporting agencies. | 557 |
| **3. Monthly Gross Income** | This field identifies the monthly gross income of all customers on your mortgage before any payroll deductions or taxes. | $0.00 |
| **II. Property Information** | | |
| **4. Property Value** | This field identifies the estimated fair market value of your property used by us, your servicer for this analysis. | $855,000.00 |
| **5. Property Valuation Type** | This field identifies the method by which your property was valued (as noted in Field 6, Property Value).<br><br>1. Automated Valuation Model (AVM)<br>2. Exterior Broker Price Opinion (BPO) /Appraisal (as is value)<br>3. Interior BPO /Appraisal (as is value) | DRVB |



February 9, 2017

**TRIAL MODIFICATION PLAN**

Customer Name(s):  GABRIELE MOGHANI
                   SEYED MOGHANI
Account Number:
Property Address:  9513 SW 125TH TER
                   MIAMI, FL 33176

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is pleased to inform you that you have been approved for a Trial Modification Plan (Plan). The terms of the Plan, including payment amounts and due dates, are listed below. In order for SPS to convert this trial modification plan to a permanent modification of your mortgage, you must timely remit all of your payments under the Plan.

**Plan Acceptance**
To accept the Plan, you must make your First Payment by the date indicated below. **The Plan will become active and valid only if SPS receives the First Payment by the scheduled date of your First Payment under the Plan.**

**Plan Payments**
Your Plan payments will take the place of your normal monthly mortgage payments during the term of the Plan. **You must make each of the below-listed payments by or before the listed due dates, or the Plan will be cancelled.** Your monthly Plan payments and due dates are as follows:

| Payment | Due Date | Amount |
|---|---|---|
| Payment 1 | 03/01/2017 | $6,869.21 |
| Payment 2 | 04/01/2017 | $6,869.21 |
| Payment 3 | 05/01/2017 | $6,869.21 |

**Form of Payment**

You must make your first payment on or before the due date by personal check, EZ pay via telephone or SPS's website, or by certified funds. Certified funds include, Western Union Quick Collect (code city Oswald), cashier's check, money order or wire transfer (contact SPS for wire instructions). Subsequent payments must be made on or before the applicable due date and can be made by personal check, EZ pay via telephone or SPS's website, or by certified funds. Please send payments to:

PO Box 65450 Salt Lake City, UT 84165-0450

**Application of Payments**
Payments made under the Plan will be applied to amounts due and past due on your account. Funds may be held in a non-interest bearing account until they total an amount that is enough to pay the oldest delinquent monthly payment. Although these payments will not bring your account contractually current, they are required in order for SPS to forbear from proceeding with a foreclosure sale or commencing foreclosure proceedings and in order for SPS to convert this Plan to a permanent mortgage modification.

**Plan Term**
The Plan becomes effective as of the date that you have made the First Payment shown above. The Plan will terminate upon SPS receiving the final payment before the end of the last day of the month in which it is due. Failure to make any of the specified payments in full, by the due date, will also result in the termination of the Plan.

**Forbearance**
During the Plan term, SPS will not proceed to foreclosure sale or commence foreclosure proceedings on the above-referenced property, provided that you are making timely payments in compliance with the terms of the Plan. We may commence foreclosure proceedings or commence a sale of the property if you do not comply with the terms and conditions of the Plan.

**Modification**
If you make the required payments under the Plan and fulfill the terms of the Plan, then SPS will permanently modify your mortgage terms. The Plan is not a credit application or credit commitment for the modification.

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval of any permanent modification of the account.

**Terms Not Modified**
All terms and conditions of the current mortgage documents pertaining to this account, including but not limited to the note, deed of trust/mortgage, or other security instrument, remain in full force and effect, and you agree to comply with those terms and conditions. However, during the term of the Plan you may make the Plan payment instead of the payment required under your mortgage documents. Nothing in the Plan shall be understood or construed to be a satisfaction or release, in whole or in part, of the obligations under the mortgage documents.

**Delinquent Taxes and Insurance**
You agree to pay any and all delinquent property taxes relating to the real property and provide proof of such payment to SPS prior to the date that the final payment is due under the Plan. You also agree to provide proof of hazard insurance coverage (and, where required, proof of flood insurance coverage) for the real property and deliver such proof of insurance to SPS prior to or on the due date of your first payment. If you fail to provide proof of insurance, SPS may, pursuant to applicable law and SPS policies, purchase insurance on the real property, in which case you agree to repay SPS for such insurance.

You may have entered into a separate advance repayment plan regarding delinquent taxes and insurance. If so, it is possible that the term of that advance repayment plan will extend beyond the term of the Plan, and accordingly, you will continue to make payments under the advance repayment plan as required.

**Questions?**
At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available resolution options. If you have any questions or concerns, please contact our Loan Resolution Department. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

**SHORT SALE**
**ACCEPTANCE FORM**

Send this signed form with your Property Listing Agreement (signed by all borrowers) and the enclosed Authorization Form by February 23, 2017 to start the process. You don't need to send a payment at this time. After we receive the documents above, we will contact you with information about the specific details of the sale process.

Send this form and the additional required documents to:

General Mail:
Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277
Fax: 801-270-7833
Email: shortsale@spservicing.com

SPS Account Number: ███████████

Sign: _____    Date:_____

      GABRIELE MOGHANI

Sign: _____    Date:_____

      SEYED MOGHANI



# General Third Party Authorization

SPS Account Number: _____

SPS Customer(s) Name: _____

Property Address: _____

_____

**Please send this completed authorization to:**

**Select Portfolio Servicing, Inc.**
**PO Box 65250**
**Salt Lake City, UT  84165**
**or**
**Fax: 801-269-4405**

I (we) hereby authorize Select Portfolio Servicing, Inc. (SPS) to release, furnish, and provide any information related to the above-referenced mortgage account to:

Third Party Name: _____

Company Name: _____

Relationship to Customer(s): _____

_____

Phone Number: _____    Fax Number: _____

If the above authorization is a result of a Power of Attorney, Order of Guardianship/Conservatorship, or Administration of an Estate, please attach documentation verifying this authority.

**If your authorization is for something <u>other than a full account disclosure</u>, please indicate below which <u>limited information</u> you authorize SPS to release, furnish and provide to the above authorized third party:**

☐   Verification of Mortgage

☐   Payment History

☐   Other _____

_____

☐   Payoff Statement as of Date _____

Please indicate the payoff reason:

☐   Refinance with other company

☐   Sale of property

I hereby authorize the above-referenced individual(s) to obtain information regarding my mortgage account identified above. I agree that SPS will not be held responsible in any manner for relying upon or following the authorization and/or instructions I have given herein.  I also agree that SPS has no responsibility to verify the identity of my authorized third party, nor will SPS be liable for anything my authorized third party may do with the information they obtain regarding my account. I acknowledge and agree that fees, as allowed by law and my mortgage documents, may be assessed to my account as a result of my authorized third party's request(s).

This authorization is valid for one (1) year from the date of receipt unless otherwise specified here: _____.    If  at any time I choose to revoke this authorization, it is my responsibility to notify SPS by calling SPS's Customer Service Department at 800-258-8602.

_____
Customer Signature

_____
Date

_____
Co-Customer Signature

_____
Date

Please allow up to three (3) business days after receipt for this authorization to be uploaded into your account.

# EXHIBIT G

 **SPS** |SELECT
|*Portfolio*
|SERVICING, *inc.*

May 1, 2017


ARTURO R ALFONSO
ARTURO R ALFONSO ATT AT LAW
7821 CORAL WAY STE 125
MIAMI, FL 33155-6556


RE:     Account Number:
        Property Address:     9513 SW 125TH TER
                              MIAMI, FL 33176


Dear Customer(s):

You previously provided a complete Assistance Review Application and we are providing our response to that complete application. Because our records indicate that your lien may be subject to Bankruptcy, please read the following:

> Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.
>
> If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, if you are approved for a trial modification, this approval is conditioned on obtaining approval from the Bankruptcy Court with jurisdiction over your account before a permanent modification can be offered. The Bankruptcy Court may decline the request for a permanent modification.

Please review the enclosed letter regarding our review of the account. You may contact SPS at 888-818-6032 to discuss the enclosures. SPS representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.


**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**



May 1, 2017

    GABRIELE MOGHANI
SEYED MOGHANI
9513 SW 125TH TER
MIAMI, FL 33176

Customer Name(s):      GABRIELE MOGHANI
SEYED MOGHANI
Account Number:        ▮▮▮▮▮▮▮▮▮
Property Address:      9513 SW 125TH TER
MIAMI, FL 33176

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, if you are approved for a trial modification, this approval is conditioned on obtaining approval from the Bankruptcy Court with jurisdiction over your account before a permanent modification can be offered. The Bankruptcy Court may decline the request for a permanent modification.

SPS has completed its review of this account for the loss mitigation assistance requested. SPS conducts its reviews in accordance with applicable laws and investor eligibility rules. SPS is committed to a policy of nondiscrimination in all aspects of its servicing program.

**Loss Mitigation Program Decision**

Congratulations! You have qualified for and we are pleased to offer you a SPS Trial Modification. This program is intended to help you avoid foreclosure or other legal action. Attached you will find the terms and conditions of our approval along with instructions to accept the offer. It is important that you read it carefully and comply with the terms outlined in the agreement. If after reading through the terms and conditions of the offer you find that you are unable to meet the requirements, or you have further questions, please contact SPS.

**The approved option must be accepted by June 1, 2017, or we will consider the offer rejected. Please note that if you do not accept this offer by the due date listed above, you may lose your opportunity to participate in these options now and in the future. Also note that your plan will be considered accepted if you make the first payment due according to the attached payment schedule.**

If there is any bankruptcy proceeding pending that includes the subject property, then you will need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, you may need Bankruptcy Court approval of any permanent modification of the account.

If you are currently eligible to receive principal reduction incentives for remaining current under a prior Home Affordable Modification, acceptance of this plan will discontinue accrued or future incentives.

## Non-Home Retention Options

You may also be eligible for non-home retention options. Our approval of these non-home retention options is conditioned upon our receipt of information that may not be in your possession (e.g., appraisal or title search) that is necessary to establish the specifics of the offer. Depending on what the documents show, the specific option may not be available.

**Short Sale.** If you are interested in selling your property but owe more than your home is worth, a short sale may be an option. In a short sale, SPS allows you to sell the mortgaged property and pay off your mortgage account for an amount which is less than the outstanding balance, interest and fees. Approval for this option is conditioned upon receipt of required documentation, investor, and/or mortgage insurer approval, if required, and evaluation of the amount being presented for pay off of the outstanding lien. If you are interested in this option and have a current purchase offer on your home, please contact us immediately. If you are interested in selling your home, but need assistance in finding an experienced real estate agent to assist you, SPS can refer you to an agent in your area. Please contact one of our representatives at the number below for more information.

**Deed in Lieu of Foreclosure.** With a deed in lieu, you agree to transfer the title or ownership of your property to the owner or servicer of your mortgage in order to avoid foreclosure sale and satisfy all or a portion of the mortgage debt. The amount of debt satisfied by this transfer of ownership is based on the approved value of your home. In some cases, you may be responsible for a remaining balance of the mortgage debt over and above the approved value. This option is conditioned upon receipt of required documentation, investor and/or mortgage insurer approval, if required, and the ability to provide title to the property clear of all other liens.

As stated, these options have different requirements and guidelines, and not all accounts will qualify. Moreover, some of these options may offer financial assistance for your relocation. Please contact SPS for more detail.

## Regulatory Notice of Non-Approval

Even though you are approved for a SPS Trial Modification, federal law requires us to disclose the programs for which you have been reviewed, but not approved, or are otherwise ineligible for review. SPS reviewed your complete Assistance Review Application for eligibility under its loss mitigation options, which are established through investor rules and are based on your individual circumstances. All program(s) below are the program(s) for which you were denied and the specific reason for non-approval. These denials are based on the criteria where your account did not pass the program eligibility requirements; we did not consider other criteria regarding ineligibility as part of our decision.

- **SPS Unemployment Program**

  **Not Currently Unemployed.**
  Our records indicate that you are not currently receiving unemployment income. Therefore, you are not eligible to be reviewed for this unemployment program.

- **Deferral Plan**

  **Alternate Option Offered.**
  We are unable to offer you this program because you were approved for another loss mitigation option based on investor and/or regulatory rules.

- **Repayment Plan**

  **Alternate Option Offered.**
  We are unable to offer you this program because you were approved for another loss mitigation option based on investor and/or regulatory rules.

**Right to Appeal**

You have the right to appeal any non-approval by providing a written explanation of why you believe our determination was incorrect, along with all supporting evidence, within thirty (30) days of the date of this letter to:

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277
Relationship.Manager@SPServicing.com

You have thirty (30) calendar days from the date of this notice to contact SPS to discuss the reason for non-approval. **No foreclosure sale will be conducted and you will not lose your home** during this 30-day period or any longer period required for us to review supplemental material you may provide in response to this notice. If a foreclosure sale has already been scheduled we will instruct our attorney to file a motion to postpone such sale. It is possible however that a court will deny the motion and the sale will proceed. If that happens we will be unable to provide loss mitigation.

**Notice of Error or Information Request**

If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent in writing to the address listed below, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal law.

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277

**Contact Us**

If you have any questions, your assigned Relationship Manager, Frieda Maluia, can be reached toll free at 800-258-8602 Ext. 36832 or by email at Relationship.Manager@SPServicing.com.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact our Loan Resolution Department. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like to speak with a HUD approved counselor, call the Homeowner's HOPE™ Hotline 888-995-HOPE (4673). The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552.

The status of your Bankruptcy may be reported to all credit reporting agencies in accordance with the Fair Credit Reporting Act. If your Bankruptcy is dismissed, or if your Bankruptcy is discharged and your loan is reaffirmed, your loan will be reported as paying under a partial payment plan during the Trial Period Plan, and as modified if you enter into a final modification agreement. Visit ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm for more information about your credit.

**Net Present Value (NPV) Results**

Below are the inputs used in the NPV calculation conducted during our review for the SPS Trial Modification loss mitigation option.

### NPV Data Input Field Values (SPS)

| Input Data Fields | Explanation | Value used in NPV calculation to determine the eligibility of your mortgage |
|---|---|---|
| **I. Customer Information** | | |
| **1. Current Customer Credit Score** | This field identifies your credit score as provided by one or more of the three national credit reporting agencies. | |
| **2. Current Co-customer Credit Score** | If a co-customer is listed on the mortgage, this field identifies the co-customer's credit score as provided by one or more of the three national credit reporting agencies. | |
| **3. Monthly Gross Income** | This field identifies the monthly gross income of all customers on your mortgage before any payroll deductions or taxes. | |
| **II. Property Information** | | |
| **4. Property Value** | This field identifies the estimated fair market value of your property used by us, your servicer for this analysis. | $880,000.00 |
| **5. Property Valuation Type** | This field identifies the method by which your property was valued (as noted in Field 6, Property Value).<br><br>1. Automated Valuation Model (AVM)<br>2. Exterior Broker Price Opinion (BPO) /Appraisal (as is value)<br>3. Interior BPO /Appraisal (as is value) | DRVB |

 SELECT *Portfolio* SERVICING, inc.

May 1, 2017

## TRIAL MODIFICATION PLAN

Customer Name(s):      GABRIELE MOGHANI
                                    SEYED MOGHANI
Account Number:
Property Address:      9513 SW 125TH TER
                                    MIAMI, FL 33176

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is pleased to inform you that you have been approved for a Trial Modification Plan (Plan). The terms of the Plan, including payment amounts and due dates, are listed below. In order for SPS to convert this trial modification plan to a permanent modification of your mortgage, you must timely remit all of your payments under the Plan.

### Plan Acceptance
To accept the Plan, you must make your First Payment by the date indicated below. **The Plan will become active and valid only if SPS receives the First Payment by the scheduled date of your First Payment under the Plan.**

### Plan Payments
Your Plan payments will take the place of your normal monthly mortgage payments during the term of the Plan. **You must make each of the below-listed payments by or before the listed due dates, or the Plan will be cancelled.** Your monthly Plan payments and due dates are as follows:

| Payment | Due Date | Amount |
| --- | --- | --- |
| Payment 1 | 06/01/2017 | $6,823.23 |
| Payment 2 | 07/01/2017 | $6,823.23 |
| Payment 3 | 08/01/2017 | $6,823.23 |

### Form of Payment

You must make your first payment on or before the due date by personal check, EZ pay via telephone or SPS's website, or by certified funds. Certified funds include, Western Union Quick Collect (code city Oswald), cashier's check, money order or wire transfer (contact SPS for wire instructions). Subsequent payments must be made on or before the applicable due date and can be made by personal check, EZ pay via telephone or SPS's website, or by certified funds. Please send payments to:

PO Box 65450 Salt Lake City, UT 84165-0450

### Application of Payments
Payments made under the Plan will be applied to amounts due and past due on your account. Funds may be held in a non-interest bearing account until they total an amount that is enough to pay the oldest delinquent monthly payment. Although these payments will not bring your account contractually current, they are required in order for SPS to forbear from proceeding with a foreclosure sale or commencing foreclosure proceedings and in order for SPS to convert this Plan to a permanent mortgage modification.

**Plan Term**
The Plan becomes effective as of the date that you have made the First Payment shown above. The Plan will terminate upon SPS receiving the final payment before the end of the last day of the month in which it is due. Failure to make any of the specified payments in full, by the due date, will also result in the termination of the Plan.

**Forbearance**
Upon plan acceptance, SPS will not proceed to foreclosure sale or commence foreclosure proceedings on the above-referenced property, provided that you are making timely payments in compliance with the terms of the Plan. We may commence foreclosure proceedings or commence a sale of the property if you do not comply with the terms and conditions of the Plan.

**Modification**
If you make the required payments under the Plan and fulfill the terms of the Plan, then SPS will permanently modify your mortgage terms. The Plan is not a credit application or credit commitment for the modification.

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval of any permanent modification of the account.

**Terms Not Modified**
All terms and conditions of the current mortgage documents pertaining to this account, including but not limited to the note, deed of trust/mortgage, or other security instrument, remain in full force and effect, and you agree to comply with those terms and conditions. However, during the term of the Plan you may make the Plan payment instead of the payment required under your mortgage documents. Nothing in the Plan shall be understood or construed to be a satisfaction or release, in whole or in part, of the obligations under the mortgage documents.

**Delinquent Taxes and Insurance**
You agree to pay any and all delinquent property taxes relating to the real property and provide proof of such payment to SPS prior to the date that the final payment is due under the Plan. You also agree to provide proof of hazard insurance coverage (and, where required, proof of flood insurance coverage) for the real property and deliver such proof of insurance to SPS prior to or on the due date of your first payment. If you fail to provide proof of insurance, SPS may, pursuant to applicable law and SPS policies, purchase insurance on the real property, in which case you agree to repay SPS for such insurance.

You may have entered into a separate advance repayment plan regarding delinquent taxes and insurance. If so, it is possible that the term of that advance repayment plan will extend beyond the term of the Plan, and accordingly, you will continue to make payments under the advance repayment plan as required.

**Questions?**
At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available resolution options. If you have any questions or concerns, please contact our Loan Resolution Department. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

**SHORT SALE
ACCEPTANCE FORM**

Send this signed form with your Property Listing Agreement (signed by all borrowers) and the enclosed Authorization Form by May 15, 2017 to start the process. You don't need to send a payment at this time. After we receive the documents above, we will contact you with information about the specific details of the sale process.

Send this form and the additional required documents to:

General Mail:
Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277
Fax: 801-270-7833
Email: shortsale@spservicing.com

SPS Account Number: █████████

Sign: _____   Date: _____
      GABRIELE MOGHANI

Sign: _____   Date: _____
      SEYED MOGHANI



**General Third Party Authorization**

SPS Account Number: _____

SPS Customer(s) Name: _____

Property Address: _____

_____

**Please send this completed authorization to:**

**Select Portfolio Servicing, Inc.**
**PO Box 65250**
**Salt Lake City, UT  84165**
**or**
**Fax:  801-269-4405**

I (we) hereby authorize Select Portfolio Servicing, Inc. (SPS) to release, furnish, and provide any information related to the above-referenced mortgage account to:

Third Party Name: _____

Company Name: _____

Relationship to Customer(s): _____

_____

Phone Number: _____   Fax Number: _____

If the above authorization is a result of a Power of Attorney, Order of Guardianship/Conservatorship, or Administration of an Estate, please attach documentation verifying this authority.

**If your authorization is for something <u>other than a full account disclosure</u>, please indicate below which <u>limited information</u> you authorize SPS to release, furnish and provide to the above authorized third party:**

☐  Verification of Mortgage

☐  Payment History

☐  Other_____

_____

☐   Payoff Statement as of Date _____

Please indicate the payoff reason:

☐    Refinance with other company

☐    Sale of property

I hereby authorize the above-referenced individual(s) to obtain information regarding my mortgage account identified above. I agree that SPS will not be held responsible in any manner for relying upon or following the authorization and/or instructions I have given herein.  I also agree that SPS has no responsibility to verify the identity of my authorized third party, nor will SPS be liable for anything my authorized third party may do with the information they obtain regarding my account. I acknowledge and agree that fees, as allowed by law and my mortgage documents, may be assessed to my account as a result of my authorized third party's request(s).

This authorization is valid for one (1) year from the date of receipt unless otherwise specified here: _____.  If  at any time I choose to revoke this authorization, it is my responsibility to notify SPS by calling SPS's Customer Service Department at 800-258-8602.

_____          _____
Customer Signature                              Date

_____          _____
Co-Customer Signature                          Date

Please allow up to three (3) business days after receipt for this authorization to be uploaded into your account.